IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY WHITE EAGLE,

Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.

Defendants.

ORDER

Case No. 26-cv-01087-wmc

Plaintiff Larry White Eagle, a patient at and Ridge Secure Treatment Center in Mauston, Wisconsin, has filed a proposed civil action under 42 U.S.C. § 1983 alleging constitutional rights violations. Plaintiff requests leave to proceed without prepaying the filing fee.

This court uses one method to determine the indigency status of all institutionalized persons, even those like plaintiff who are not subject to the Prison Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint.

A certified copy of a resident account statement for the six-month period preceding the complaint must be provided if plaintiff intends to pursue a request to proceed without prepaying the filing fee. Because plaintiff's complaint was submitted on November 2, 2026, the account statement should cover the period beginning approximately May 2, 2026 and ending approximately November 2, 2026. If plaintiff fails to submit an account statement by November 30, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Larry White Eagle may have until November 30, 2026 to submit a certified copy of a resident account statement for the period beginning approximately May 2, 2026 and ending approximately November 2, 2026. If plaintiff fails to respond to this order by November 30, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 3rd day of November, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge