IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LARRY WHTIE EAGLE,

Plaintiff,

v.

DEPARTMENT OF JUSTICE and DEPARTMENT OF HEALTH AND SUBSTANCE ABUSE SERVICES,

Defendants.

ORDER

Case No. 26-cv-1087-wmc

---

Plaintiff Larry Whtie Eagle has filed a proposed civil action under 42 U.S.C. § 1983, where plaintiff is in custody at Sand Ridge Secure Treatment Center under Wis. Stat. Ch. 980. Plaintiff has filed a motion for leave to proceed without prepaying the filing fee. As proof of indigence, plaintiff has submitted a certified copy of a resident account statement.

After considering the motion and the supporting documentation, I conclude that plaintiff qualifies for indigent status. Using information from the account statement for the six-month period preceding the filing of this case, I have determined that plaintiff owes an initial partial payment of $19.87. For this case to proceed, plaintiff must pay this amount by December 18, 2026.

ORDER

IT IS ORDERED that:

1. The motion by plaintiff Larry Whtie Eagle for leave to proceed without prepaying the filing fee is GRANTED. Plaintiff is assessed an initial partial payment of

$19.87. Plaintiff must submit a check or money order payable to the clerk of court for $19.87 by December 18, 2026. If plaintiff fails to make the payment or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to withdraw this case voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

2. No further action will be taken in this case until the clerk's office receives the initial partial payment as directed above and the court has screened the complaint as required under 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

3. If plaintiff fails to make the initial partial payment by December 18, 2026, or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). If plaintiff submits the initial partial payment within 30 days of dismissal, the case will be reopened. The court will not reopen the case after 30 days unless plaintiff makes a showing that they are entitled to relief under Federal Rule of Civil Procedure 60(b).

Entered this 20th day of November, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge